**Order entered April 9, 2013**



**In The**

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01404-CV

### IN THE INTEREST OF M.R., JR. ET AL.

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-00100-W**

## ORDER

The reporter's record is overdue in this appeal. By letter dated January 15, 2013, we directed court reporter David Chance to file, within thirty days, the reporter's record. To date, the record has not been filed.

Accordingly, we **ORDER** court reporter David Chance to file, within **TWENTY DAYS** of the date of this order, the reporter's record.

We **DIRECT** the Clerk of the Court to send a copy of this Order by electronic transmission to the Honorable William A. Mazur, Presiding Judge of the 304th Judicial District Court, and court reporter David Chance.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE